UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNADETTE NICOLETTI,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 2655 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 3 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 19, 2005, remanding the case to the Commissioner for further proceedings consistent with the Court's oral ruling of May 19, 2005; and directing that a hearing take place within six months of the date of this remand; it is

ORDERED and ADJUDGED that the case is remanded to the Commissioner for further proceedings consistent with the Court's oral ruling of May 19, 2005; and directing that a hearing take place within six months of the date of this remand.

Dated: Brooklyn, New York
       May 20, 2005

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court